UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00530-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID STEPHENSON,

    Defendant.

_____

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
_____

    Upon petition of the United States and for good cause shown,

    IT IS HEREBY ORDERED that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce David Stephenson (DOB 1937), before Judge Wiley Y. Daniel, on the 11th day of July, 2006 at 3:00 p.m., for re-sentencing before the judge, and to retain Mr. Stephenson in federal custody, under safe and secure conduct.

    Dated: June 23, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge